ACCEPTED
06-15-00057-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/14/2015 1:59:29 PM
DEBBIE AUTREY
CLERK

No. 13-F-1027-005

| | | | |
|---|---|---|---|
| STATE OF TEXAS, | | § | IN THE 5TH DISTRICT |
| | *Plaintiff* | § | |
| | | § | |
| VS. | | § | COURT OF |
| | | § | |
| MARCUS LESLIE, | | § | |
| | *Defendant* | § | BOWIE COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/14/2015 1:59:29 PM
DEBBIE AUTREY
Clerk

## DEFENDANT'S NOTICE OF APPEAL

Pursuant to TEX. R. APP. P. 25.2, Defendant, Marcus Leslie, gives notice of his desire to appeal from the Judgment and resulting sentence (and all orders leading thereto) on April 2, 2015, in cause number 13-F-1027-005, *The State of Texas v. Marcus Leslie*, in the Bowie County District Court to the Sixth District Court of Appeals in Texarkana, Texas.

The trial court judge has certified his right appeal. *See* TEX. R. APP. P. 25.2(a)(2).

Respectfully Submitted,

**Miller, James, Miller & Hornsby, L.L.P.**

By: _____
Troy Hornsby
Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorney for Defendant/Appellant
Marcus Leslie

## CERTIFICATE OF SERVICE

This is to certify that on April 14, 2015 a true and correct copy of the above and foregoing *Defendant's Notice of Appeal* has been forwarded by U.S. mail on all counsel of record and other interested parties listed below:.

**Appellant**
Marcus Leslie
Bi-State Detention Center
100 N. State Line Avenue
Texarkana, Texas 75501

**Trial Court Judge**
Honorable Bill Miller
5th Judicial District Court
Bowie County
710 James Bowie Drive
New Boston, Texas 75570

**State's Attorney**
Samantha Oglesby
Bowie County District Attorney's Office
601 Main Street
Texarkana, Texas 75501

**Defendant's Trial Attorney**
Charles Crowl
Bowie County Public Defender's Office
424 W. Broad Street
Texarkana, Texas 75501

**Clerk of 6th District Court of Appeals**
Ms. Debbie Autrey
Clerk, Sixth Court of Appeals
Bi-State Justice Building
100 N. Stateline Ave.
Texarkana, Texas 75501

_____
Troy Hornsby